IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON, OHIO

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL<br>OF SOUTHERN OHIO & VICINITY<br>BENEFIT TRUST, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>C & Z CONSTRUCTION, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:09-CV-307<br><br>JUDGE RICE |

**ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION FOR
REASONABLE ATTORNEYS' FEES AND COSTS OF THE ACTION**

The Plaintiffs Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, et al. (the "Plaintiffs") have moved this Court to recover their reasonable attorneys' fees and the costs of this Case from the Defendant C & Z Construction, Inc. (the "Defendant"). The Plaintiffs have so moved in response to this Court's Order of March 9, 2010 **(Document #11)**, and pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act of 1074 ("ERISA"), 29 U.S.C. §1132(g)(2). The Plaintiffs submitted the affidavit of attorney George H. Faulkner in support of their Motion for Reasonable Attorneys' Fees and Costs. As stated in Mr. Faulkner's Affidavit, the Plaintiffs incurred **$4,442.50** in reasonable attorneys' fees prosecuting this Case to judgment. The Plaintiffs also incurred an additional **$350.00** in costs in this Case.

1

Having considered the Plaintiffs' Motion, and the supporting affidavit of attorney George H. Faulkner, this Court finds that the Plaintiffs incurred a total of **$4,792.50** in reasonable attorneys' fees, and **$350.00** in costs in this Case. Accordingly, the Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs of this Action is hereby **GRANTED**.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. The Plaintiffs shall be entitled to recover from the Defendant C & Z Construction, Inc., **$4,442.50** in reasonable attorneys' fees incurred in this Case, such fees being added to the Plaintiffs' entitlement in **Document #11**;

2. The Plaintiffs shall also be entitled to recover from the Defendant C & Z Construction, Inc., **$350.00** in costs in this Case, such costs being added to the Plaintiffs' entitlement in **Document #11**.

Considering the Plaintiffs' reasonable attorneys' fees and costs, as well as this Court's monetary judgment set forth in **Document #11**, judgment is entered in favor of the Plaintiffs and against the Defendant C & Z Construction, Inc. in the total amount of **$26,377.68**, exclusive of the interest, and declaratory and injunctive relief set forth in **Document #11**, which remain in force and effect.

/s/ *[signature]*
Judge Walter H. Rice